FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSS CULLEN PLUMB,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN SINCLAR,<br><br>    Defendant. | 2:20-cv-00444-SAB<br><br>**ORDER DISMISSING COMPLAINT**<br><br>1915(g) |

Before the Court is Plaintiff's Notice of Intent of Plaintiff to "Stand On Complaint" [and Appeal a Dismissal] (hereinafter "Notice of Intent"). ECF No. 16. Plaintiff is a prisoner at the Monroe Correctional Complex Twin Rivers Unit who is proceeding *pro se* and *in forma pauperis*. Defendant has not been served.

By Order dated April 15, 2021, the Court advised Plaintiff of the deficiencies of his First Amended Complaint and directed him to amend or voluntarily dismiss within thirty (30) days. ECF No. 14. In that Order, the Court found that Plaintiff had failed to state a claim upon which relief may be granted. *Id*. at 2. Although granted the opportunity to do so, Plaintiff has failed to amend his complaint to state a claim upon which relief may be granted. The Court has cautioned Plaintiff that the failure to amend or voluntarily dismiss would result in

**ORDER DISMISSING COMPLAINT \* 1**

the dismissal of this complaint and a possible "strike" under 28 U.S.C. § 1915(g). *Id*. at 6.

In his Notice of Intent, Plaintiff objects to the Court's Second Order to Amend or Voluntarily Dismiss Complaint, ECF No. 14. ECF No. 16 at 3. He contends that the Court's "intentional misrepresentation of material facts of 'the complaint' without rational baises [sic] would indicate deliberate discrimination to Plaintiff Plumb." *Id*. He also states his intention not to file an amended complaint. *Id*. at 4. He contends that his complaint alleges enough facts with sufficient particularity to state a plausible ground for relief, and claims that he "need not prove those allegations at this point in the proceeding." *Id*. at 1–2. Plaintiff indicates that he "stands on his complaint" and intends to appeal a dismissal of this action. *Id*. at 4. If Plaintiff wishes to appeal this Order dismissing this action, then he must file a Notice of Appeal as required by Rule 3 of the Federal Rules of Appellate Procedure.

For the reasons set forth above and in the Court's Second Order to Amend or Voluntarily Dismiss, ECF No. 14, **IT IS HEREBY ORDERED**:

1. Plaintiff's First Amended Complaint, ECF No. 13, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2), 1915A(b)(1).

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING COMPLAINT * 2**

2. Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals that are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). <u>Plaintiff is advised to read the statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.</u>

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff, and **close** the file. The Clerk of Court is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Corrections Division. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 19th day of May 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING COMPLAINT \* 3**